

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MOUNTAIN VIEW HEALTH & REHABILITATION CENTER, INC., CREATIVE SOLUTIONS IN HEALTHCARE, INC., and LIDIA MOYA, | § § § | No. 08-23-00033-CV Appeal from the |
| Appellants, | § | 210th Judicial District Court |
| v. | § | of El Paso County, Texas |
| MARY HORTON KEELE, | § | (TC# 2022DCV1585 ) |
| Appellee. | § | |
| | § | |

## **SUBSTITUTED JUDGMENT**

The October 6, 2023 judgment of the Court issued is withdrawn and the following is the now judgment of the Court.

The Court has considered this cause on the record and concludes there was error in the trial court's order denying Appellant's motion to compel arbitration. We therefore reverse the trial court's order denying the motion to compel arbitration and remand this matter to the trial court for entry of an order compelling arbitration. We further order that Appellant recover from Appellee all appellate costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 17TH DAY OF JUNE 2024.

LISA J. SOTO, Justice

Before Rodriguez, C.J., Palafox, Soto, JJ.